```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**TOMMY TUCKER MAYLE**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　**CIVIL ACTION NO. 1:19CV113**
　　　　　　　　　　　　　　　　　　　　　　　**(Judge Keeley)**

**CLARKSBURG POLICE**
**DEPARTMENT, ET AL.,**

    **Defendants.**

### ORDER ADOPTING REPORT AND RECOMMENDATION [DKT. NO. 18] AND DISMISSING CASE WITHOUT PREJUDICE

On May 22, 2019, the pro se plaintiff, Tommy Tucker Mayle ("Mayle"), filed a complaint pursuant to 42 U.S.C. § 1983 (Dkt. No. 1), which this Court referred to United States Magistrate Judge Michael John Aloi in accordance with 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B), and L.R. Civ. P. 7.02(c) and 72.01 (Dkt. No. 4). Magistrate Judge Aloi's R&R recommended that the Court dismiss Mayle's complaint for failure to state a claim upon which relief can be granted under 28 U.S.C. § 1915(e)(2) (Dkt. No. 18). The R&R also specifically warned Mayle that failing to object to the recommendation would result in the waiver of his appellate rights. Id. at 5. Mayle did not file any objections to the R&R.[1]

---

[1] The failure to object to the R&R not only waives the appellate rights in this matter, but also relieves the Court of any obligation to conduct a de novo review of the issues presented. See Thomas v. Arn, 474 U.S. 140, 148-153 (1985); Wells v. Shriners Hosp., 109 F.3d 198, 199-200 (4th Cir. 1997).

**MAYLE V. CLARKSBURG POLICE DEPT., ET AL.**                              **1:19CV113**

**ORDER ADOPTING REPORT AND RECOMMENDATION
[DKT. NO. 18] AND DISMISSING CASE WITHOUT PREJUDICE**

Consequently, finding no clear error, the Court **ADOPTS** the R&R in its entirety (Dkt. No. 18) and **DISMISSES** this case **WITHOUT PREJUDICE.**

It is so **ORDERED.**

The Court **DIRECTS** the Clerk to enter a separate judgment order and to transmit copies of both orders to the pro se plaintiff by certified mail, return receipt requested, to his last known address.

Dated: November 19, 2019

/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE